UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Mariya Donova ) 10 B 02775
XXX-XX-0630 )
) Judge Squires
Debtor(s) )

### ORDER TO PAY FUNDS TO THE TRUSTEE

TO: Attn: Payroll Dept.
FISHER CLINICAL SERVICES
7554 SCHANTZ Rd.
ALLENTOWN, PA 18106

WHEREAS, the above named debtor has submitted a plan to pay his debts out of future earnings, and by his plan submits all of his future earnings to the supervision and control of this Court for the purpose of carrying out the plan.

NOW THEREFORE, IT IS ORDERED, that Fisher Clinical Services, employer of Mariy a Donova deduct from the earnings of the debtor, the sum of $575.00 each PAY PERIOD beginning on the next pay day following receipt of this order and to pay the sum so deducted to the Chapter 13 Trustee, at least once a month at the following address:

Office of the Chapter 13 Trustee
PO Box 2031
Memphis, TN 38101-2031

IT IS FURTHER ORDERED: that the employer shall change the amount of the deduction upon written notice from the Trustee or the attorney for debtor.

IT IS FURTHER ORDERED: that the employer shall stop the deduction upon written notice from either the Trustee or the attorney for debtor.

IT IS FURTHER ORDERED: that the employer notify the Trustee if the employment of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED: that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

ENTERED: 3-29-10

UNITED STATES BANKRUPTCY JUDGE

I agree to the entry of this order without further notice or hearing.

X _____    2/24/10
Debtor or Attorney    Date

THIS ORDER WAS PREPARED BY:
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100



RECEIVED FEB 25 2010 By ___