# United States Bankruptcy Court
## for the Northern District of Illinois, Eastern Division

**IN RE:** Mariyan K. Donov           )          Case No.  10 B 02775
   Mariya I. Donova          )          Judge   John H. Squires
   Debtor(s).                )

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on January 26, 2010, (as modified by the amendment filed on __4-08-10__) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C §§541 and 1306, shall continue to be property of the estate following confirmation.

Dated: __APR 1 4 2010__

                       /s/ Bruce W. Black
                       ~~John H. Squires~~
                       US Bankruptcy Judge

Non-binding Plan Summary:

| Monthly Payment | Term | Estimated UNS % |
|---|---|---|
| $1,150.00 | 60 | 10% |

Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300